———o———

THE STATE OF MISSOURI, to the use of W. W. BLACKMAN, Respondent, *vs.* ALBERT G. McCRACKEN, *et al.*, Appellants.

1. *Practice, Supreme Court—Assignment of errors.*—Where appellant files no assignment of errors, the appeal will be dismissed.

*Appeal from Greene Circuit Court.*

*Wm. C. Price and Wright,* for Appellants.

*Dade & Mitchell,* for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

In this case the appellants having failed to assign errors, the appeal will be dismissed.

Judge Adams absent. The other Judges concur.